```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 04769
   TARASIA DORTCH
   JOHNNY DORTCH                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8598    SSN XXX-XX-1148

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 03/19/2007 and was not confirmed.

    The case was dismissed without confirmation 08/15/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
WASHINGTON MUTUAL          CURRENT MORTG       .00           .00           .00
WASHINGTON MUTUAL          MORTGAGE ARRE       .00           .00           .00
WELLS FARGO FINANCIAL IN   SECURED VEHIC   27000.00          .00        750.00
WELLS FARGO FINANCIAL IN   UNSECURED         997.24          .00           .00
LYDIA ROWE                 NOTICE ONLY     NOT FILED         .00           .00
THERESA PETTY              NOTICE ONLY     NOT FILED         .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         2679.00          .00           .00
BANK ONE                   UNSECURED       NOT FILED         .00           .00
CAPITAL ONE                UNSECURED        1061.89          .00           .00
CAPITAL ONE                UNSECURED       NOT FILED         .00           .00
CHILD SUPPORT ENFORCEMEN   UNSECURED       NOT FILED         .00           .00
COLUMBIA HOUSE             UNSECURED       NOT FILED         .00           .00
FORD MOTOR CREDIT CORPOR   UNSECURED       NOT FILED         .00           .00
ECAST SETTLEMENT CORP      UNSECURED       14458.25          .00           .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED         .00           .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED         .00           .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED         .00           .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED         .00           .00
MED BUSI BUR               UNSECURED       NOT FILED         .00           .00
MEDICAL COLLECTIONS SYS    UNSECURED       NOT FILED         .00           .00
NCO FIN/55                 UNSECURED       NOT FILED         .00           .00
NEWPORT NEWS               UNSECURED       NOT FILED         .00           .00
PEOPLES GAS & LIGHT        UNSECURED        2545.49          .00           .00
RUSH UNIVERSITY MEDICAL    UNSECURED       NOT FILED         .00           .00
SEARS/CBSD                 UNSECURED       NOT FILED         .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED        2062.54          .00           .00
WASHMT/PROV                UNSECURED       NOT FILED         .00           .00
WELLS FARGO                UNSECURED       NOT FILED         .00           .00
WASHINGTON MUTUAL          CURRENT MORTG       .00           .00           .00
WASHINGTON MUTUAL          NOTICE ONLY     NOT FILED         .00           .00
CITIFINANCIAL AUTO CREDI   SECURED NOT I       .00           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED        1352.45          .00           .00
BROTHER LOAN & FINANCE     UNSECURED         747.60          .00           .00
ROUNDUP FUNDING LLC        UNSECURED         305.89          .00           .00
ROUNDUP FUNDING LLC        UNSECURED        1119.64          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 04769 TARASIA DORTCH & JOHNNY DORTCH
```

```
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    1,664.00                    1,664.00
TOM VAUGHN                TRUSTEE                                      174.09
DEBTOR REFUND             REFUND                                     1,603.91

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 4,192.00

PRIORITY                                              .00
SECURED                                            750.00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,664.00
TRUSTEE COMPENSATION                               174.09
DEBTOR REFUND                                    1,603.91
                        ---------------      ---------------
TOTALS                  4,192.00                 4,192.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
     Dated: 12/05/07                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```